FILED
CLERK U S DISTRICT COURT

AUG 1 6 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOSEPH JOHN NARDI,<br><br>                    Defendant. | CR 11-0030-GHK<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A) ☒ the appearance of defendant as required; and/or

    (B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will comply with release conditions. Defendant's criminal history and substance abuse indicate he is a danger to the community._

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply with conditions of release. Defendant has no bail resources or employment, and remains a flight risk._

IT IS ORDERED that defendant be detained.

DATED: 8/16/16

_/s/ Suzanne H. Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE