FILED
CLERK, U.S. DISTRICT COURT

DEC 19 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH JOHN NARDI, JR.,<br><br>Defendant. | Case No.  CR  11-0030-GHK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On December 16, 2016, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by this Court. Defendant was represented by Deputy Federal Public Defender Ashfaq Chowdhury.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, and the allegations in the Violation Petition. The Government has requested that defendant be detained pending a supervised release revocation

hearing based on risk of flight and danger to the community.  Defendant submits on the recommendation of detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

   ☒   Allegations in petition which include changing his residence without notifying his probation officer, and walking away from  a residential re-entry center without permission

   ☒   Lack of information regarding family and economic ties, residency, employment, and background information

   ☒   unknown bail resources


B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

   ☒   extensive criminal history which includes failure to appear, revocations of  supervised release, and parole violations.

### III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: December 19, 2016

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE